UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

RORY BRIAN HORN,                    )
                                    )
*Plaintiff,*                        )
                                    )      Case No. 1:10-cv-253
v.                                  )
                                    )      Judge Mattice
MICHAEL J. ASTRUE,                  )      Magistrate Judge Carter
*Commissioner of Social Security*,  )
                                    )
*Defendant.*                        )
                                    )

## ORDER

On March 2, 2012, United States Magistrate Judge William Carter filed his Report and Recommendation (Doc. 22) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Carter recommended that Plaintiff's Motion for Attorney's Fees (Doc. 18) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) be denied.

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation. Nevertheless, the Court has reviewed the Report and Recommendation as well as the record, and it agrees with Magistrate Judge Carter's well-reasoned conclusions.

Accordingly, the Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b). Plaintiff's Motion for Attorney's Fees (Doc. 18) is hereby **DENIED**.

**SO ORDERED** this 14th day of August, 2012.


_____/s/ Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE